**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tonya Marie Easley Hardwick, Joshua Hal Collins, and
John Rowe, Defendants,

Of whom Tonya Marie Easley Hardwick is the
Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000912

———————————————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

———————————————

Unpublished Opinion No. 2022-UP-018
Submitted January 6, 2022 – Filed January 7, 2022

———————————————

**AFFIRMED**

———————————————

Melanie Carol Nicholson, of Law Office of Melanie C.
Nicholson, of North Myrtle Beach, for Appellant.

Virginia Ann Mullikin, of Mullikin Law Firm, LLC, of Camden, and Scarlet Bell Moore, of Greenville, both for Respondent.

Heather Marie Moore, of Axelrod & Associates, PA, of Myrtle Beach, for the Guardian ad Litem.

---

**PER CURIAM:** Tonya Marie Easley Hardwick appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hardwick's counsel.

**AFFIRMED.**[1]

**KONDUROS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.